**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 19 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| ZOLTAN BODAS,<br>3438 West Vogel Avenue<br>Phoenix, AZ 85051 | )<br>)<br>)<br>)     Civil Action No. _____ |
| and | ) |
| MICKEY CHAMBERS,<br>1540 Loblolly Drive<br>Axton, VA 24054 | )<br>)<br>) |
| and | ) |
| JAMES A. GRAY,<br>19749 Stansbury<br>Detroit, MI 48235 | )<br>)<br>) |
| and | ) |
| RAYMOND HARRIS,<br>110 Fiddlers Cove<br>Brunswick, GA 31523 | )<br>)<br>)     Case: 1:08-cv-01442<br>)     Assigned To : Roberts, Richard W.<br>)     Assign. Date : 8/19/2008<br>)     Description: PI/Malpractice |
| and | ) |
| ROLAND T. HOBDY,<br>Post Office Box 1303<br>Ocoee, FL 34761 | )<br>)<br>) |
| and | ) |
| LARRY E. MELZER,<br>9059 Sea Lane, S.W.<br>Sunset Beach, NC 28468 | )<br>)<br>) |
| and | ) |
| MISTY WHITEMAN,<br>5302 Royal Palm Avenue<br>Sarasota, FL 34234 | )<br>)<br>) |
| Plaintiffs, | )<br>) |

3

|  |  |
|---|---|
| v. | ) |
|  | ) |
| MEDTRONIC, INC., | ) |
| 710 Medtronic Parkway, | ) |
| Minneapolis, MN, 55432 | ) |
|  | ) |
| Defendant. | ) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant Medtronic, Inc. ("Medtronic"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Medtronic which have any outstanding securities in the hands of the public.

Medtronic, Inc. is a publicly held company and has no corporate parent. No other publicly held company owns 10% or more of its stock.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: August 19, 2008                    Respectfully submitted,

                                            Attorney of Record for Defendant,
                                            MEDTRONIC, INC.

                                            By: _____
                                                 David M. Gossett
                                                 D.C. and D.D.C. Bar No. 468390

                                            Michael E. Lackey, Jr.
                                            David M. Gossett
                                            Mayer Brown LLP
                                            1909 K Street, Northwest
                                            Washington, D.C. 20006-1101
                                            mlackey@mayerbrown.com
                                            dgossett@mayerbrown.com
                                            (202) 263-3000 (t)
                                            (202) 263-3300 (f)

                                            *Attorneys for Defendant*
                                            *Medtronic, Inc.*

## CERTIFICATE OF SERVICE

I, David M. Gossett, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia to be served by sending the same by U.S. mail, postage prepaid, on August 19, 2008, addressed to the following:

> Aaron M. Levine
> Brandon J. Levine
> Renee L. Robinson-Meyer
> Steven J. Lewis
> Benjamin J. Cooper
> 1320 19th Street, N.W., Suite 500
> Washington, D.C. 20036
> Fax: (202) 833-8046

_____
David M. Gossett
D.C. Bar and D.D.C. Bar No. 468390

4