**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ZOLTAN BODAS, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 08-cv-1442 (RWR) |
| ] | Next Event: |
| **MEDTRONIC, INC.,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, ZOLTAN BODAS, MICKEY CHAMBERS, JAMES A. GRAY, RAYMOND HARRIS, ROLAND T. HOBDY, LARRY E. MELZER, and MISTY WHITEMAN, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

  /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046
E-Mail: aaronlevinelaw@aol.com